No. 01–8346. RAMIREZ-MEZA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8352. HICKS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–8537. PRESNELL *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 01–8611. CHMIEL *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 01–8645. STOPHER *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 01–8679. GONZALEZ-GALLEGOS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8732. ESPINOZA-GONZALES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–8747. BEJARANO *v.* SMALL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8748. BEDFORD *v.* SMITH. Sup. Ct. R. I. Certiorari denied.

No. 01–8752. NATAL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–8753. AZIZ *v.* ORBITAL SCIENCES CORP. C. A. 4th Cir. Certiorari denied.

No. 01–8758. WARD *v.* ROONEY. C. A. 9th Cir. Certiorari denied.

No. 01–8763. JEROME *v.* FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 01–8767. QUEEN *v.* ROMINE, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 01–8768. LOGAN *v.* MAYNARD, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.